UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL PIERCE,<br><br>   Petitioner,<br><br>   v.<br><br>HUMBOLDT COUNTY SUPERIOR COURT,<br><br>   Respondent. | Case No. 23-cv-05586 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

On November 30, 2023, Petitioner, a California state prisoner, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Dkt. No. 1.  On the same day, the Clerk sent a notice to Petitioner informing him that he must file a complete *In Forma Pauperis* ("IFP") application within twenty-eight days from the date of the notice to avoid dismissal.  Dkt. No. 3.  This matter was reassigned to the undersigned on January 12, 2024.  Dkt. Nos. 6, 7.

The deadline to file an IFP application has long since passed, and Petitioner has failed to respond.  Furthermore, there has been no other communication from Petitioner.  Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending deadlines and close the case.

**IT IS SO ORDERED.**

Dated:  __January 30, 2024__

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\HC.23\05586Pierce_dism-ifp.docx