UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL PIERCE,<br>　　　　Petitioner,<br>　　v.<br>HUMBOLDT COUNTY SUPERIOR COURT,<br>　　　　Respondent. | Case No. 23-cv-05586 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice.  Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  __**January 30, 2024**___

　　　　　　　　　　　　　　　　　　　　/s/ BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
P:\PRO-SE\BLF\HC.23\05586Pierce_judgment.docx